UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA


FILED
U.S. DIST COURT
MIDDLE DISTRICT OF LA
BY DEPUTY CLERK

| | |
|---|---|
| TROY GIBBENS AND MARY C. GIBBENS, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR DAUGHTER, MADISON GIBBENS | CIVIL ACTION NO.: 08-1673 |
| VERSUS | SECTION: JVP |
| THE PURDUE FREDERICK COMPANY, INC., PURDUE PHARMA, L.P. | MAGISTRATE JUDGE: DLD |

CONSOLIDATED WITH

Barbara Craft v. The Purdue Frederick Company, Inc., Civil Action No.: 08-cv-378
Gary Paul Achord v. The Purdue Frederick Company, Inc., Civil Action No.: 08-cv-410
John Doe v. The Purdue Frederick Company, Inc., Civil Action No.: 08-cv-365
Trudy McDaniel, et al v. The Purdue Frederick Company, Inc., Civil Action No.: 08-cv-340
Diane Smith, et al v. The Purdue Frederick Company, Inc., Civil Action No.: 08-cv-338
Susan Monahan, M.D. v. The Purdue Frederick Company, Inc., Civil Action No.: 08-cv-450
Vonnie Morrison v. The Purdue Frederick Company, Inc., Civil Action No.: 08-cv-376

ORDER DISMISSING WITH PREJUDICE

In accordance with the Settlement Agreement executed by the Parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

This Court has jurisdiction over this action and over each of the Parties.

All claims in the captioned action against the Defendants and/or their current, past, or future owners, directors, officers, employees, attorneys, insurers, accountants, direct and indirect shareholders, partners, members and/or agents, whether known or unknown, are hereby dismissed with prejudice, ~~and without costs~~.

Neither this Order, the Settlement Agreement, nor any of the terms or the negotiations or papers related thereto shall constitute evidence or an admission by any Defendant of any liability or wrongdoing or the truth of any of the claims or allegations in this case. Neither this Order, the

Settlement Agreement, nor any of the terms or the negotiations or papers related thereto shall be offered or received in evidence or used for any purpose whatsoever, in this or any other matter or proceeding in any court, administrative agency, arbitration, or other tribunal, other than as expressly set forth in the Settlement Agreement.

The Court finds that there is no just reason for delay and therefore directs entry of this Order as a final judgment. Without in any way affecting the finality of this Order, the Court hereby retains exclusive jurisdiction over this action until the Settlement Agreement has been consummated and each and every act agreed to be performed by the Parties thereto shall have been performed, and thereafter for all other purposes necessary to effectuate the terms of the Settlement Agreement.

The Parties are hereby ORDERED to comply with the terms of the Settlement. All issues arising in this action have been settled and resolved. Accordingly, this action is ORDERED DISMISSED WITH PREJUDICE pursuant to final settlement.

Signed this 27th day of October, 2009 at Baton Rouge, Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT